**IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO**

| | |
|---|---|
| **KATHLEEN HEAROD** : | |
| : | **Federal Case No.:** |
| **Plaintiff,** : | |
| : | **Judge:** |
| -v- : | |
| : | **Magistrate:** |
| **FIFTH THIRD BANK** : | |
| : | **NOTICE OF REMOVAL TO FEDERAL** |
| **Defendant.** : | **COURT (Federal Question)** |
| : | |

Now comes the Defendant, Fifth Third Bank ("Fifth Third Bank") by and through counsel, hereby filing this Notice of Removal of Ohio Case No. A1700907 from the Hamilton County Court of Common Pleas in Cincinnati, Ohio to the United States District Court for the Southern District of Ohio, Western Division pursuant to 28 U.S.C. §§1441(a) and 1446 of the United States Code. The grounds for removal are as follows:

**I.    GROUNDS FOR REMOVAL**

On February 14, 2017, the *Pro Se* Plaintiff, Kathleen Hearod ("Hearod") filed a lawsuit captioned "Discrimination" in a state court in Ohio, specifically, Ohio Case No. A1700907 in the Hamilton County Court of Common Pleas, in Cincinnati, Ohio.  The Plaintiff's Complaint raises allegations of violations of federal laws, including Title VII of the Civil Rights Act of 1964, The Civil Rights Act of 1991, The Family Medical Leave Act and Equal Credit Opportunity Act.  This Court has original jurisdiction over these claims pursuant to 28 USC §1331. Thus, removal is appropriate pursuant to 28 USC § 1441(a).

**II.      NOTICE OF REMOVAL IS TIMELY FILED**

On February 15, 2017, the Hamilton County Clerk issued a summons and a copy of the Complaint.  Fifth Third received the summons and a copy of the Compliant via certified mail on February 17, 2017.  Thus, this Notice of Removal is timely filed pursuant to 28 USC §1446(b).

**III.     VENUE**

Venue is proper in the U.S. District Court for the Southern District of Ohio, Western Division pursuant to 28 U.S.C. §§ 1441(a) because the Hamilton County Court of Common Pleas is in Cincinnati, Ohio which is within the Western Division of this Court.

**IV.    PAPERS FILED IN STATE COURT ACTION**

As required by 28 U.S.C. § 1446(a), copies of all process, pleading, orders, and other papers or exhibits filed in the State Court proceedings are attached hereto as Exhibits 1 through 5. In addition, <u>Fifth Third has also attached its Answer to the Plaintiff's Complaint as Exhibit 6 to this Notice of Removal for filing in this federal case</u>.

**V.     FILING OF REMOVAL PAPERS**

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served on the Plaintiff and this Notice of Removal will be filed with the Clerk of the Hamilton County Court of Common Pleas in Cincinnati, Ohio, Case No. A1700907 today March 16, 2017.

WHEREFORE, Fifth Third hereby removes the above captioned action from the Hamilton County Court of Common Pleas in Cincinnati, Ohio and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

/s/Donyetta D. Bailey
Donyetta D. Bailey (0072433)
BAILEY LAW OFFICE, LLC
1600 Scripps Center
312 Walnut Street
Cincinnati, Ohio 45202
Phone: (513) 263-6800
Facsimile: (513) 263-6801
dbailey@baileylawofficellc.com

Counsel for the Defendant, Fifth Third Bank

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was served on the Plaintiff via certified mail on this 16th day of March 2017 at the following address:

Kathleen Hearod
726 David Street
Cincinnati, Ohio 45214

/s/Donyetta D. Bailey
Donyetta D. Bailey (0072433)