AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KATHLEEN HEAROD, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:17-cv-175 |
| FIFTH THIRD BANK, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Report and Recommendation (Doc. 75) is ADOPTED; Plaintiff's objections (Doc. 80) are OVERRULED; Plaintiff's motions for an extension of time to file her objections (Doc. 76) and for a continuance (Doc. 77) are DENIED AS MOOT; All other motions (Docs. 81, 82, 83) are DENIED; The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Petitioner is denied leave to appeal *in forma pauperis*; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Timothy S. Black, U.S. District Judge on motions for Report and Recommendation (Doc. 75); An extension of time to file Plaintiff's objections (Doc. 76) and for a continuance (Doc. 77); Leave to Amend (Docs. 81 and 82); and Extension of Discovery (Doc. 83).

Date: 3/21/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*